**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 10-PO-00113-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DAVID MARTINEZ,**

**Defendant.**

---

**MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the Pretrial Services Officer,

**IT IS HEREBY ORDERED** that this matter be set for a compliance review hearing before the Magistrate Judge regarding the Defendant's bond on April 15, 2010 at 4:00 p.m.

**IT IS FURTHER ORDERED** that Defendant's bond is continued to that date and time and failure to appear will result in a warrant for the arrest of the Defendant.

**DATED: April 13, 2010.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**