# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 10-PO-00113-DLW<br>U.S. MARSHAL'S NO.: 36473-013 |
| DAVID MARTINEZ | Douglas Reynolds<br>(Defendant's Attorney) |

**THE DEFENDANT:** Was found Guilty on Counts One and Two of the Criminal Complaint after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 113(a)(4) and 1152 | Assault by Striking, Beating and Wounding, Committed in Indian Country | April 3, 2010 | One |
| 18 USC 113(a)(5) and 1152 | Simple Assault, Committed in Indian Country | April 3, 2010 | Two |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 16, 2010
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

November 16, 2010
Date

DEFENDANT: DAVID MARTINEZ
CASE NUMBER: 10-PO-00113-DLW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Ninety (90) Days with credit for time served of Two (2) Days

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: DAVID MARTINEZ
CASE NUMBER: 10-PO-00113-DLW

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $0.00 | $0.00 |
| Two | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $20.00 | | $0.00 | $0.00 |

DEFENDANT: DAVID MARTINEZ
CASE NUMBER: 10-PO-00113-DLW

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Special Assessment Fees totaling $20.00 shall be paid in full by January 1, 2011.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.